UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | |
|---|---|
| **LARRY BRANDON BENGE,** | ) |
| | ) |
|     **Plaintiff,** | ) |
| | ) |
|     v. | ) Cause No. 3:20-CV-699-DRL-MGG |
| | ) |
| **HYATTE,** | ) |
| | ) |
|     **Defendant.** | ) |

### DEFENDANT'S STATUS REPORT

Defendant William Hyatte, by counsel, Archer Rose, Jr., Deputy Attorney General, pursuant to the Court's Order [ECF 27], hereby submits his brief status report concerning the following:

1. What deadline should be set for joining parties and amending the pleadings;

January 22, 2021.

2. What discovery is planned;

No discovery is anticipated pending resolution of Defendant's motion to dismiss [ECF 29]. If Plaintiff's cause of action survives, then Defendant will likely conduct some written discovery and may seek leave of the Court to depose Plaintiff.

3. What deadline should be set for completing discovery; and

May 21, 2021.

4. What deadline should be set for filing dispositive motions.

June 21, 2021

1

          Respectfully submitted,

          Office of the Indiana Attorney General

Date: <u>November 20, 2020</u>     By:   <u>*/s/ Archer Rose, Jr.*</u>
          Archer Rose, Jr.
          Deputy Attorney General
          Attorney No. 35969-49

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 20, 2020, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

Further, I hereby certify that I have served the foregoing by United States mail, first-class postage prepaid, on November 20, 2020 upon:

Larry Benge
DOC # 978470
New Castle Correctional Facility
1000 Van Nuys Road
New Castle, IN 47362

          Archer Rose, Jr.
          Deputy Attorney General

OFFICE OF THE INDIANA ATTORNEY GENERAL
Indiana Government Center South, 5th Floor
302 West Washington Street
Indianapolis, IN  46204
Telephone:  (317) 232-6286
Fax:  (317) 232-7979
Email:  Archer.Rose@atg.in.gov